Robert J. Rafferty for appellant; Lord, Bissell & Kadyk, for appellee; Gordon R. Close, and Richard E. Mueller, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed May 5, 1954; released for publication June 15, 1954.

Harry Halgren and Alma Halgren, Appellees, v. James Meyer and James Kane, and Kane Storage Warehouse, Appellants.

Gen. No. 46,225. (Abstract of Decision.)

Crowe, Yates, Abrahamson & Fisk, for appellants; Burt A. Crowe, of counsel; John J. Kennelly, and Joseph B. Quinn, for appellees. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed May 5, 1954; released for publication June 15, 1954.